# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

DOCKET NO. 5:17-CR-043-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER CORRECTING** |
| v. ) | **CLERICAL ERROR** |
| ) | |
| **(2) TYRE LEE HALL** ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Amend Order To Correct Clerical Error" (Document No. 47) filed January 3, 2018. Having carefully considered the motion, and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended to state:

**One Anderson, AR-15 pistol. Serial number 15123852, seized on February 20, 2017**

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Amend Order To Correct Clerical Error" (Document No. 47) is **GRANTED**.

**SO ORDERED**.

Signed: January 3, 2018

David C. Keesler
United States Magistrate Judge